

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00350-CV

Jack **RETTING,**
Appellant

v.

Ronald E. **BRUNO,** et al,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ000699 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

On June 18, 2015, appellant filed a motion asking this court to abate the appeal. We **ORDER** appellees to file a written response to appellant's motion and file it in this court on or before July 6, 2015.

We **order** the clerk of this court to serve a copy of this order on all counsel and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court